

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2021

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

>   Re:   **United States v. Michael Yin,**
>         **18 Cr. 494 (RA)**

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 15, 2021

Dear Judge Abrams:

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Elisha J. Kobre
Assistant United States Attorney
(212) 637-2599

cc:   Counsel of Record (by ECF)